IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-042-1 |
| NEIL HOLLANDER | : | |

ORDER

AND NOW, this 17th day of February, 2011, on consideration of the government's Motion to Dismiss Counts Pursuant to Plea Agreement, it is hereby ORDERED that Counts 2 through 31, 33 through 36, and 38 through 56 of the Indictment are DISMISSED against defendant Neil Hollander only.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
*Judge, United States District Court*